**Order entered May 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00392-CV

### IN THE INTEREST OF M.M.M. AND C.N.M., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-l7-09018**

## ORDER

This is an appeal involving the termination of appellant's parental rights. Before the Court is appellant's May 17, 2019 motion requesting a free copy of the record and an extension of time to file a brief. We **GRANT** the motion. We **DIRECT** the Clerk of this Court to send appellant a paper copy of the clerk's record filed on April 4, 2019 and the reporter's record filed on May 3, 2019. Appellant shall file his brief on the merits by **June 12, 2019**.

/s/      KEN MOLBERG
         JUSTICE